3

1  NAME: John Good
   CDC#: T82633
2  CELL: E-1-88
   P.O. BOX 1050
3  SOLEDAD, CA 93960-1050

4  IN PROPRIA PERSONA

**FILED**

AUG 0 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court for Northern District
(COURT)

John Good
        PETITIONER
Calif Dept of Corrections
v. Head Librarian
Sgt Gonzales
        RESPONDENT

CASE NO. 08-3689 PJH

NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

NOTICE IS HEREBY GIVEN, that the above-named petitioner, John Good, has changed his address of record to: NAME: John Good
201 N Yucca Ave Apt H-101
Barstow Calif
92311

Respectfully submitted,

7-5-08
DATE

John Good
PETITIONER (Signature)